## JAMES, STATE TREASURER OF TEXAS, ET AL. *v.*
## GILMORE ET AL.

No. 850.   Decided January 15, 1968.

*Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, and *J. C. Davis, W. O. Shultz II* and *James C. McCoy,* Assistant Attorneys General, and *A. J. Carubbi, Jr.,* for appellants.

*David R. Richards* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## SCHOOL COMMITTEE OF CITY OF BOSTON *v.*
## BOARD OF EDUCATION ET AL.

No. 759.   Decided January 15, 1968.

*John W. White* for appellant.

*Elliot L. Richardson,* Attorney General of Massachusetts, and *Howard M. Miller,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.